## REED v. GENERAL IMPLEMENT EXPORT CORPORATION.

### Civ. No. 26062.

United States District Court
N. D. Ohio, E. D.
April 27, 1949.

Jos. W. Kennedy, Cleveland, Ohio, Philip Kasdan, Cleveland, Ohio, for plaintiff.

Leonard S. Frost, Cleveland, Ohio, Will Freeman, Chicago, Ill., for defendant.

JONES, Chief Judge.

This is an action upon a "verbal contract". (I assume the word "verbal" as used in these pleadings means "oral".)

Defendant has filed a motion for a more definite statement, under Rule 12(e), Federal Rules of Civil Procedure, 28 U.S.C.A., setting forth the names of the person

or persons with whom plaintiff entered into the alleged oral contract and the time and place of such agreement.

Plaintiff has filed no brief in opposition to the motion.

 The motion is well taken and should be sustained. An oral contract, by its very nature, requires specific identification in pleading as to time, place and parties or agents. In an action on a written contract these facts would be readily ascertainable by reference to an attached copy and, where there is no copy, they should appear in the complaint.

Enter order accordingly.